STATE OF NEW JERSEY v. RALPH RYAN ANDERSON.

January 16, 1979. Petition for certification denied.

HARRY S. POZYCKI v. TOWNSHIP OF MANALAPAN.

January 16, 1979. Petition for certification denied.

GORDON L. COMMONS v.
WESTWOOD ZONING BOARD OF ADJUSTMENT.

January 16, 1979. Petition for certification granted.

ARMIN CORPORATION v. PRINGLE ELECTRICAL MFG. CO.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER STEWART.

January 16, 1979. Petitions for certification denied.

STATE OF NEW JERSEY v. COLLINS JOHNSON.

January 16, 1979. Petition for certification denied.